UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60101-CIV-SMITH

DARIS LEMUZ PEREZ,

    Plaintiff,

vs.

HAVANA'S CUBAN CUISINE, INC., *et al.*,

    Defendants.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Motion for Approval of FLSA Settlement [DE 43], in which the Magistrate Judge recommends granting Plaintiff's unopposed Motion for Approval of FLSA Settlement [DE 42] and dismissing this case with prejudice. No objections have been filed. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation on Motion for Approval of FLSA Settlement [DE 43] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's unopposed Motion for Approval of FLSA Settlement [DE 42] is **GRANTED.**

3) All pending motions not otherwise ruled upon are **DENIED as moot.**

4) This case is **DISMISSED with prejudice.**

5) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 16th day of August, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record